# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARION J. ARNOLD, SR. and
PATRICIA B. ARNOLD,

    Plaintiffs/Counterclaim Defendants,

vs.                                                  CASE NO. 3:10cv38/RS-MD

UNITED STATES OF AMERICA,

    Defendant/Counterclaimant,

vs.

MICHAEL ARNOLD,

    Additional Counterclaim Defendant.

_____/

## ORDER

Before me is the Stipulation And Request For Dismissal (Doc. 37).

**IT IS ORDERED**:

1.     This case is dismissed with prejudice.

2.     The clerk is directed to close the file.

**ORDERED** on January 10, 2011.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**